# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4301

_____

Jesus Alberto Cabal,

      Appellant,

v.

Tetraplastics, Inc., a Division of Nike,
Inc.; I.T., Inc., doing business as Quan
Tera,

      Appellees.

\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Missouri.
\*
\*   **[UNPUBLISHED]**

_____

Submitted: August 7, 1998
Filed: August 11, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

      Jesus Alberto Cabal appeals from the district court's[1] adverse rulings and dismissal of his employment discrimination complaint. After careful review of the record and the parties' briefs, we reject as meritless Cabal's challenge to the district court's denial of his motion for recusal, disqualification, and change of venue. We also affirm the award of attorney's fees, the partial grant of summary judgment, and the

_____

[1]The HONORABLE CATHERINE D. PERRY, United States District Judge for the Eastern District of Missouri.

dismissal of Cabal's complaint for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.